AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Vanessa Britney Okocha | ) Case No. 22cr10255 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Vanessa Britney Okocha                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Money Laundering Conspiracy (18 U.S.C. § 1956(h))
Conspiracy to Conduct an Unlicensed Money Transmitting Business (18 U.S.C. § 371)
Conducting an Unlicensed Money Transmitting Business (18 U.S.C. § 1960,2)

Date: 9/27/2022

*Issuing officer's signature*

City and state: Boston, MA

Donald L. Cabell, US Magistrate Judge

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*