# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHARLES OCHI<br>*Defendant* | )<br>)<br>) Case No. 22-CR-10255-RGS<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Ochi

Date: 09/04/2023

*Attorney's signature*

Thomas H. Estes, Esq., BBO No. 600908
*Printed name and bar number*

17 New South Street, Suite 101
Northampton, MA 01060
*Address*

thomas@thesteslawfirm.com
*E-mail address*

(413) 200-3011
*Telephone number*

(413) 517-0653
*FAX number*